**Opinion filed August 6, 2026**



## In The

# Eleventh Court of Appeals

_____

### No. 11-25-00227-CR

_____

### ADRIAN CONCEPCION RODRIGUEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from 266th District Court**
**Erath County, Texas**
**Trial Court Cause No. 25CRDC-00038**

### M E M O R A N D U M   O P I N I O N

A jury convicted Appellant, Adrian Concepcion Rodriguez, of the offense of tampering with physical evidence (Count One), a third-degree felony, and the lesser-included offense of possession of a controlled substance in an amount less than one gram (Count Two), a state jail-felony. *See* TEX. PENAL CODE ANN. § 37.09(c), (d)(1) (West Supp. 2025); TEX. HEALTH & SAFETY CODE ANN. § 481.115(a), (b) (West Supp. 2025). The jury assessed his punishment at imprisonment for eight years in

the Institutional Division of the Texas Department of Criminal Justice for Count One and two years in the State Jail Division of the Texas Department of Criminal Justice for Count Two. We affirm.

Appellant's court-appointed counsel has filed a motion to withdraw in this court. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes that there are no arguable issues to present on appeal. *See Anders v. California*, 386 U.S. 738, 744 (1967); *In re Schulman*, 252 S.W.3d 403, 406–09 (Tex. Crim. App. 2008). Counsel has provided Appellant with a copy of the brief, a copy of the motion to withdraw, an explanatory letter, and a copy of a form motion to request the clerk's record and reporter's record. Counsel also advised Appellant of his right to object to counsel's motion to withdraw, to review the record and file a pro se response to counsel's *Anders* brief, and to file a petition for discretionary review. *See* TEX. R. APP. P. 6.5, 68. As such, court-appointed counsel has complied with the requirements of *Anders*, 386 U.S. at 742–44; *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *Schulman*, 252 S.W.3d at 409–12; and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Appellant has not filed a pro se response to counsel's *Anders* brief.[1] Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record and likewise conclude that the appeal is without merit. *See Anders*, 386 U.S. at 744; *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). Accordingly, we agree with counsel that no meritorious arguable grounds for appeal exist.[2] *See Garner v. State*, 300 S.W.3d 763, 767 (Tex. Crim. App. 2009)

---

[1]Appellant filed a pro se letter on May 18, 2026, stating that he was "trying to write a pro se response." No pro se response followed.

[2]We note that Appellant has the right to file a petition for discretionary review in the Texas Court of Criminal Appeals pursuant to Rule 68 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.

("[C]ourts of appeals must decide whether the *Anders* appeal and subsequent *pro se* brief raise any meritorious 'arguable grounds' for review.").

We grant counsel's motion to withdraw, and we affirm the judgment of the trial court.

W. BRUCE WILLIAMS
JUSTICE

August 6, 2026

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.